UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AARON MOULTRIE,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>WALMART, *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 3:21-cv-00379-MMD-CSD<br><br>ORDER |

　　*Pro se* Plaintiff Aaron Moultrie filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge William G. Cobb (ECF No. 4), recommending that Moultrie's application to proceed *in forma pauperis* (ECF No. 1) be granted, and that his complaint be dismissed with prejudice. Moultrie had until January 18, 2022, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts Judge Cobb's R&R and will dismiss this action.

　　The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

///

Because there is no objection, the Court need not conduct *de novo* review, and is satisfied Judge Cobb did not clearly err. Here, Judge Cobb recommends Moultrie's application to proceed *in forma pauperis* be granted as Moultrie cannot pay the filing fee, and that his complaint be dismissed because his allegations are nonsensical, fantastical, and his complaint is filled with inconsistencies. (ECF No. 4 at 2, 4.) The Court agrees with Judge Cobb. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that Plaintiff Aaron Moultrie's application to proceed *in forma pauperis* (ECF No. 1) is granted.

The Clerk of Court is directed to file Moultrie's complaint (ECF No. 1-1).

It is further ordered that Moultrie's complaint (ECF No. 1-1) is dismissed with prejudice.

DATED THIS 26th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE